# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ALLISON GREEN GIDDINGS,

    Plaintiff(s),

v.

CREDIT BUREAU ASSOCIATES,

    Defendant(s).

Case No.: 2:18-cv-01170-APG-NJK

**Order**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than September 28, 2018, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

Dated: September 21, 2018

                                        Nancy J. Koppe
                                        United States Magistrate Judge