# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALLISON GREEN GIDDINGS,<br><br>    Plaintiff<br><br>v.<br><br>CREDIT BUREAU ASSOCIATES,<br><br>    Defendant | Case No.: 2:18-cv-01170-APG-NJK<br><br>**Order to File Proposed Joint Pretrial Order** |

Pursuant to the scheduling order (ECF No. 25), the proposed joint pretrial order was due April 3, 2019. Nothing was filed.

IT IS THEREFORE ORDERED that the parties shall file the proposed joint pretrial order on or before April 17, 2019. Failure to comply with this order may result in sanctions, up to and including case-dispositive sanctions for failure to prosecute.

DATED this 9th day of April, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE